UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAYMOND WRIGHT,

        Petitioner,

   v.

W.L. MUNIZ, Warden,

        Respondent.

Case No. 15-cv-01600-HSG (PR)

**JUDGMENT**

      This action is dismissed without prejudice because petitioner did not exhaust state court remedies before filing his federal petition for writ of habeas corpus.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 8/10/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge