UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAYMOND WRIGHT,

    Petitioner,

v.

W.L. MUNIZ, Warden,

    Respondent.

Case No. 15-cv-01600-HSG (PR)

**ORDER DENYING MOTION FOR TRANSCRIPTS**

Re: Dkt. No. 15

On March 26, 2015, petitioner, a former state prisoner, filed a *pro se* habeas petition challenging the California Department of Corrections and Rehabilitation's calculation of his release date. On August 10, 2015, the case was dismissed for failure to exhaust state court remedies. On August 21, 2015, petitioner filed a "motion for transcripts at government expense." Dkt. No. 15. Plaintiff has not specified what transcripts he is seeking. He does indicate that he needs the transcripts in order to present his claims to the state courts. Plaintiff should therefore make his request in the appropriate state court. Accordingly, the motion is DENIED. No further filings will be accepted in this closed case.

This order terminates Docket No. 15.

**IT IS SO ORDERED.**

Dated: 10/5/2015

                        HAYWOOD S. GILLIAM, JR.
                        United States District Judge