UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAYMOND WRIGHT,

    Petitioner,

  v.

W.L. MUNIZ, Warden,

    Respondent.

Case No. 15-cv-01600-HSG (PR)

**ORDER GRANTING MOTION FOR RECONSIDERATION**

Re: Dkt. No. 17

On March 26, 2015, petitioner, a former state prisoner, filed a *pro se* habeas petition challenging the California Department of Corrections and Rehabilitation's calculation of his release date. On August 10, 2015, the case was dismissed for failure to exhaust state court remedies. On August 21, 2015, petitioner filed a "motion for transcripts at government expense." Dkt. No. 15. On October 5, 2015, the Court denied the motion, directing petitioner to make his request in the appropriate state court. Petitioner has since filed a motion for reconsideration of the Court's October 5, 2015 order, clarifying that he seeks a copy of his March 26, 2015 habeas petition filed in this Court. Petitioner asserts that the petition includes exhibits of which he needs copies in order to pursue his claims in state court.

Accordingly, good cause appearing, the motion for reconsideration is GRANTED. The Clerk of Court shall send petitioner a copy of his March 26, 2015 habeas petition (dkt. no. 1) at no expense to petitioner. *See* 28 U.S.C. § 2250.

This order terminates Docket No. 17.

**IT IS SO ORDERED.**

Dated: 10/26/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge